# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| *Leon Hawkins* | ) Case No. __3:25-cv-0055__ |
| Plaintiff(s) | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| *Judge Boadd* | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:25-cv-00055     Document 1     Filed 01/13/25     Page 1 of 6 PageID #: 1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Leon Hawkins_
Address _212 South Fairgrounds St_
_Jackson_ _TN_ _38301_
        *City*       *State*    *Zip Code*

County _Madiso_
Telephone Number _731-223-1351_
E-Mail Address _loreeli'sJuadita@gmail_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name _Judge Bond_
    Job or Title *(if known)* _Judge_
    Address
    _Milan_ _TN_ _38358_
        *City*       *State*    *Zip Code*

    County _Gibson_
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 2
    Name
    Job or Title *(if known)*
    Address
        *City*       *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 3

>    Name _____

>    Job or Title *(if known)* _____

>    Address _____

>    _____
>    *City*          *State*          *Zip Code*

>    County _____

>    Telephone Number _____

>    E-Mail Address *(if known)* _____

>    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

>    Name _____

>    Job or Title *(if known)* _____

>    Address _____

>    _____
>    *City*          *State*          *Zip Code*

>    County _____

>    Telephone Number _____

>    E-Mail Address *(if known)* _____

>    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Yes*

Case 3:25-cv-00055    Document 1    Filed 01/13/25    Page 3 of 6 PageID #: 3

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

8-10-22    11-16-22

Race Discriminatio Sergergation Ad Agenda to Juanita Marie Johnson + Leon Hawkins until this day

B.  What date and approximate time did the events giving rise to your claim(s) occur?

8-10-22    11-16-22

left me with the Scare under MLK my wife ad under that Agenda + Race

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

lock up 20 days Because of been call out of our Race Ad Agenda - like slave on plantation with No Rights Judge Because of Her Mental Illness Disablty under Hatre twaard Her + Me under that Race An that Agenda tell me I cant Be with my wife are a woman IN the state of Texas I Belevie that why people Kidnap mywife

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Only Stress - anxiety - Suffring - Mental lack OF Sleep - Mental pain IN all area oF my life, because of those 125 day loss wife - Home - Marraige - grandson becaus Family - Judge - Pastor - Police Dept. SheriF Dept. Comminity of People My wife are Missing when She Not with Her Husband She Been Rape ASSaltiun Beating threating Held IN a Hotel - Are House, Somewhere under Drugs under these People, Because Mad with Her Husban because that Raccan that Agenda, that's what caused everything She an I going through So IM ask the Court Speeded up this process My wife Need My help So I

## V. Relief

can't an will Not let NooNe Violate our Civil Rights

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

grant Me My Civil Sue an My wife unConditin to our Rights Consutation + Civil Rights Here other Men's out there an Womens Beating My wife an Jump on Here Hitting her up Side her head like She Not Human She Holling For her Husba to help her But everyone Blocking Him under that Agenda. Judge Bond and Judge Owen - Judge Moore curry Brasfield Pastand Llyold Pastor Jennking. Pastond Ron Carpan Milan Police Dept Martin police Dept, Prisila Fry Ernestine Corey Work at the WeCare Mininstry Simion Fry Erie Hawking Hawkins fray William Corneilus Hawkins the People lived Next to us at 3037 Baird ST In Milan TN ConSandra ReyNold Desa Ray an lost More teirra those People are

Use Drugs at Selling postee all their Jach Month - While threating Her as Well, Behind My Back

Case 3:25-cv-00055   Document 1   Filed 01/13/25   Page 5 of 6 PageID #: 5

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Leon Hawkins_ 1-13-25

Signature of Plaintiff _Leon Hawkins_

Printed Name of Plaintiff _Leon Hawkins_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City          State          Zip Code

Telephone Number _____

E-mail Address _____